American Cabinet Company, appellee, v. Constantine Giovan and Peter Giovan, appellants. Gen. No. 34,890.

Opinion filed June 26, 1931.

Stedman, Kesler, Lewis & Feinstein, for appellants. Edelson & Paullin, for appellee; Hyland J. Paullin and J. Henry Aronson, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.